| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen  SBN 93698<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd. Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900<br>F: 310.394.9280<br>leslie@lesliecohenlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Thomas Creed, Shari Creed, And Stephen Foreht | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| In re:<br><br>57MARKET STREET LLC<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: 1:09-bk-26620<br><br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. *Title of motion:*  Motion to Dismiss Chapter 11 Case

   b. *Date of filing of motion:*  12/21/09

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

   a. Briefly specify the relief requested in the motion:
   The basis for the dismissal motion is that the bankruptcy was unauthorized.  The operating agreement of the LLC requires 100% Membership interest and the filing party had only 33% membership interest.  In addition, the meeting to discuss the bankruptcy filing was not properly authorized.

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*                                    Page 1                                    **F 9075-1.1.APPLICATION**



b. Identify the parties affected by the relief requested in the motion:
57 Market Street LLP
Tom and Shari Creed
Stephen Foreht
MAM Wealth Management
Chase Mortgage

c. State the reasons necessitating a hearing on shortened time:
The property at issue here is held in an LLC which is the Debtor in this bankruptcy proceeding, but the financing was taken out in the name of Tom and Shari Creed personally.
The loan originally was with Wamu and is now with Chase. The Creeds are personally filing for a refinance on the property that is the subject ot the bankruptcy. The bankruptcy is jeopardizing their credit and more importantly is jeopardizing the refinancing. The Creeds are in a loan modification program that is in the final stages and would allow a refi of the property and the LLC and this cannot go forward in a timely manner in the context of the bankruptcy case. The Creeds are also in consensual negotiations with secured creditor Bay Area and the Bankruptcy interferes with those negotiations.

As set forth in the Motion, this invalid bankruptcy filing must be reversed as soon as possible so the refi and negotiations with secured lender can go through. The minority owner is acting outside his authority and this must be stopped as soon as possible before any further damage is done.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER

Date: 12.21.09

LESLIE COHEN LAW PC
*Print Law Firm Name (if applicable)*

Leslie A. Cohen                                                          /s/ Leslie A. Cohen
*Print Name of Individual Movant or Attorney for Movant*    *Signature of Individual Movant or Attorney for Movant*

**DECLARATION OF THOMAS CREED**

I, Thomas Creed, declare under penalty of perjury that:

1. I am the managing member of 57 Market St. LLC (hereinafter "LLC"), the real party in interest, in the above-titled action. I make this declaration of my own personal knowledge and, if called as a witness, I could and would testify competently to the truth of the matters set forth herein.

2. The basis for the dismissal motion is that the bankruptcy was unauthorized. The operating agreement of the LLC requires 100% Membership interest and the filing party had only 33% membership interest. In addition, the meeting to discuss the bankruptcy filing was not properly authorized. The minority owner is acting outside his authority and this must be stopped as soon as possible before any further damage is done.

3. The property at issue is held in an LLC but the financing was taken out in the name of Tom and Shari Creed personally.

4. Loan originally was with Wamu and now with Chase. The Creeds are personally filing for a refinance on the property that is the subject ot the bankruptcy. The bankruptcy is jeopardizing our credit and more importantly is jeopardizing the refinancing. The Creeds are in a loan modification program that is in the final stages and would allow a refi of the property and the LLC and this cannot go forward in a timely manner in the context of the bankruptcy case. The Creeds are also in consensual negotiations with secured creditor Bay Area and the Bankruptcy interferes with those negotiations.

5. This invalid bankruptcy filing must be reversed as soon as possible so the refi and negotiations with secured lender can go through.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. Executed on December 21, 2009 in Pacific Palisades, California.

                                                                _/s/ Thomas Creed_

                                                                Thomas Creed

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd. Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/21/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- M. Jonathan Hayes jhayes@polarisnet.net
- Margaux Ross margaux.ross@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/21/09 | Jaime Williams | /s/ Jaime Williams |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*    Page 3    **F 9075-1.1.APPLICATION**

American LegalNet, Inc.
www.FormsWorkFlow.com