| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Leslie A. Cohen  SBN 93698<br>LESLIE COHEN LAW PC<br>506 Santa Monica Blvd. Suite 200<br>Santa Monica, CA 90401<br>T: 310.394.5900<br>F: 310.394.9280<br>leslie@lesliecohenlaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for:* Thomas Creed, Shari Creed, And Stephen Foreht | |

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# <u>SAN FERNANDO VALLEY</u> DIVISION

| In re:<br><br>57MARKET STREET LLC<br><br><br><br><br><br><br><br>Debtor(s). | CASE NO: 1:09-bk-26620<br><br>CHAPTER: 11<br><br>**APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE**<br><br>**[LBR 9075-1(b)]** |
|---|---|

1. Movant applies under LBR 9075-1(b) for an order setting a hearing on shortened notice on the following motion:

   a. *Title of motion:* Motion for Sanctions

   b. *Date of filing of motion:* 12/21/09

2. Compliance with LBR 9075-1(b)(2)(A): *(The following three sections must be completed)*

   a. Briefly specify the relief requested in the motion:
   The basis for the dismissal motion is that the bankruptcy was unauthorized, and as a result, FRBP 9011(b)(2) and (3) were violated as Mr. Martinez' claimed authority to file the petition is not supported by law or evidence.

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*               Page 1               **F 9075-1.1.APPLICATION**

American LegalNet, Inc.
www.FormsWorkFlow.com

b. Identify the parties affected by the relief requested in the motion:
57 Market Street LLP
Tom and Shari Creed
Stephen Foreht
MAM Wealth Management
Chase Mortgage

c. State the reasons necessitating a hearing on shortened time:
Sanctions are being sought in conjunction with the Motion to Dismiss, which is filed concurrently here with and also subject to Application for Hearing on Shortened Notice.

3. Compliance with LBR 9075-1(b)(2)(B): The attached declaration(s) justifies setting a hearing on shortened notice, and establishes a *prima facie* basis for the granting of the motion.

Need for hearing on shortened notice is tied directly to the Motion to Dismiss Case. Accordingly, please see Declaration of Thomas Creed attached to the Motion to Dismiss for prima facie basis of motion.

4. Movant has lodged a proposed Order Setting Hearing on Shortened Notice on mandatory Form 9075-1.2.ORDER
Date: 12.21.09

LESLIE COHEN LAW PC
*Print Law Firm Name (if applicable)*

Leslie A. Cohen                                           /s/ Leslie A. Cohen
*Print Name of Individual Movant or Attorney for Movant*       *Signature of Individual Movant or Attorney for Movant*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd. Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described as **APPLICATION FOR ORDER SETTING HEARING ON SHORTENED NOTICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") –** Pursuant to controlling General Order(s) and LBR(s), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/21/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- M. Jonathan Hayes  jhayes@polarisnet.net
- Margaux Ross  margaux.ross@usdoj.gov
- United States Trustee (LA)  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY UNITED STATES MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On _____ I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/21/09 | Jaime Williams | /s/ Jaime Williams |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2009*　　　　Page 3　　　　F 9075-1.1.APPLICATION

American LegalNet, Inc.
www.FormsWorkFlow.com