

**FILED & ENTERED**

**DEC 22 2009**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY pgarcia    DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re:<br><br>57 Market Street LLC,<br><br><br><br>Debtor(s). | Case No: 1:09-bk-26620-GM<br><br>Chapter: 11<br><br>**ORDER TO SHOW CAUSE WHY CHAPTER 11 BANKRUPTCY CASE SHOULD NOT BE DISMISSED FOR HAVING BEEN FILED BY A PERSON WITHOUT THE REQUISITE AUTHORITY**<br><br>Date: January 26, 2010<br>Time: 10:00 a.m.<br>Location: Courtroom 303<br>21041 Burbank Blvd.<br>Woodland Hills, CA 91367 |

On December 9, 2009 a voluntary Chapter 11 bankruptcy petition was filed on behalf of debtor 57 Market Street LLC with the assistance of counsel M. Jonathan Hayes.

On December 10, 2009 the Court received a letter from Stephen R. Foreht of Foreht Associates LLP representing Thomas and Sharon Creed, the majority equity holders of debtor 57 Market Street, LLC.

The letter alleges that Alex Martinez did not have authority to file the Chapter 11 bankruptcy petition on behalf of 57 Market Street LLC. The December 20, 2009 letter will be filed, imaged, and docketed in the bankruptcy case.

**For this reason the court is scheduling and noticing to the U.S. Trustee and all creditors an order to show cause for hearing on January 26, 2010 at 10:00 a.m. in Courtroom 303 why the above Chapter 11 bankruptcy case of 57 Market Street LLC should not be dismissed as having been filed by someone without authority to file a bankruptcy petition on behalf of debtor 57 Market Street LLC.**

**Written opposition or support to this order to show cause should be filed and served pursuant to the Local Rules, with a courtesy copy to chambers.**

**###**

DATED: December 22, 2009

_____
United States Bankruptcy Judge

**NOTE TO USERS OF THIS FORM**:
**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER TO SHOW CAUSE WHY CHAPTER 11 BANKRUPTCY CASE SHOULD NOT BE DISMISSED FOR HAVING BEEN FILED BY A PERSON WITHOUT THE REQUISITE AUTHORITY**
was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of_____, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

☒ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☒ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

☐ Service information continued on attached page

- 3

**ADDITIONAL SERVICE INFORMATION** (if needed):

| Category I (Served by the Court via Notice of Electronic Filing ("NEF")._<br><br>**M Jonathan Hayes**<br>Email: jhayes@polarisnet.net | Category II (Served by Court via U.S. mail).<br><br>**57 Market Street LLC**<br>15456 Ventura Blvd, Ste 302<br>Sherman Oaks, CA 91403<br><br>**M Jonathan Hayes**<br>Law Office of M Jonathan Hayes<br>9700 Reseda Bl Ste201<br>Northridge, CA 91324<br><br>**United States Trustee**<br>21051 Warner Center Lane, Suite 115<br>Woodland Hills, CA 91367<br>Att: Margaux Ross<br><br>Foreht Associates LLP<br>228 East 45th Street 17th Floor<br>New York, NY 10017<br><br>Kaivan Harouni<br>9025 Wilshire Blvd. PH<br>Beverly Hills, CA 90211<br><br>Thomas Sharp Creed<br>516 Beirut Avenue<br>Pacific Palisades, CA 90272<br><br>MAM Wealth Management<br>15456 Ventura Blvd. Suite 302<br>Sherman Oaks, CA 91403<br><br>Stephen Foreht<br>139 West 82nd Street<br>New York, NY 10024<br><br>**Ian Mitchell**<br>3609 Seahorn Drive<br>Malibu, CA 90265<br><br>**Davis & Lara LLP**<br>445 S Figueroa St., Suite 2700<br>Los Angeles, CA 90071<br><br>**Chase Mortgage**<br>P.O. Box 78148<br>Phoenix, AZ 85062-8148<br><br>**Bay Area Financial Corp.**<br>12400 Wilshire Blvd., Suite 230<br>Los Angeles, CA 90025 |
|---|---|

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Category III (To be served by the lodging party).

Case 1:09-bk-26620-GM    Doc 10    Filed 12/22/09    Entered 12/22/09 08:54:30    Desc
Main Document    Page 5 of 5