Leslie A. Cohen, Esq. (SBN 93698)
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394.5900
Facsimile: 310.394.9280
leslie@lesliecohenlaw.com

Attorneys for Thomas Creed, Shari Creed,
And Stephen Foreht

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SAN FERNANDO VALLEY DIVISION

In re

57 MARKET STREET LLC

Debtor and Debtor in Possession

Case No. 1:09-bk-26620-GM

Chapter 11

**NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO DISMISS CHAPTER 11 CASE AND MOTION FOR SANCTIONS**

Date:   January 5, 2010
Time:   10:00 a.m.
Place:  Courtroom 303

**PLEASE TAKE NOTICE THAT** on December 22, 2009, the Honorable Judge Geraldine Mund approved the Applications for Hearing on Shortened Notice for the Motion to Dismiss Chapter 11 Case, and the Motion for Sanctions, filed by Thomas Creed, Shari Creed, and Stephen Foreht.

**PLEASE TAKE FURTHER NOTICE THAT** a hearing will be held on the Motion to Dismiss and the Motion for Sanctions, before the Honorable Geraldine Mund on January 5, 2010 at 10:00am at 21041 Burbank Blvd, Courtroom 303, Woodland Hills, California 91367.

**PLEASE TAKE FURTHER NOTICE THAT** any Oppositions to the Motion to Dismiss or Motion for Sanctions must be in writing and filed and served no later than 12:00 p.m. on January 4, 2010.

**PLEASE MARK YOUR CALENDARS ACCORDINGLY.**

1

1  Dated: December 23, 2009                    Leslie Cohen Law, PC

3                                                           */s/ Leslie A. Cohen*
                                              Leslie A. Cohen
4                                              Counsel for Tom Creed, Shari Creed, and Stephen Foreht

| In re:<br>57 Market Street LLP | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-26620 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401

A true and correct copy of the foregoing document described **NOTICE OF HEARING ON SHORTENED TIME ON MOTION TO DISMISS CHAPTER 11 CASE AND MOTION FOR SANCTIONS** be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 12/23/09 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- M. Jonathan Hayes  jhayes@polarisnet.net
- Margaux Ross  margaux.ross@usdoj.gov
- United States Trustee (LA)    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On   12.23.09   I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 12/21/09 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 12/23/09 | J'aime Williams | /s/ J'aime Williams |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                                   **F 9013-3.1**

**SERVED BY OVERNIGHT DELIVERY:**

Hon. Judge Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Blvd, Suite 342
Woodland Hills, California 91367


M Jonathan Hayes
Law Office of M Jonathan Hayes
9700Reseda Bl Ste 201
Northridge, CA 91324-5510


United States Trustee
21051 Warner Center Lane, Suite 115
Woodland Hills, CA 91367-6550


Bay Area Financial Corp.
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025-1055


Chase Mortgage
P.O. Box 78148
Phoenix, AZ 85062-8148


Davis & Lara LLP
445 S Figueroa St., Suite 2700
Los Angeles, CA 90071-1620


Ian Mitchell
3609 Seahorn Drive
Malibu, CA 90265-5643


MAM Wealth Management, LLC
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403-3021


We Phix
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403-3021

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                    **F 9013-3.1**