Leslie A. Cohen, Esq. (SBN 93698)
Leslie Cohen Law, P.C.
506 Santa Monica Blvd. Ste 200
Santa Monica, CA 90401
Telephone: 310.394.5900
Facsimile: 310.394.9280
leslie@lesliecohenlaw.com

Attorneys for Thomas Creed, Shari Creed,
And Stephen Foreht

**FILED & ENTERED**

**JAN 19 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY ogier      DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>57 MARKET STREET LLC<br><br>Debtor and Debtor in Possession<br>\ | Case No. 1:09-bk-26620-GM<br><br>Chapter 11<br><br>**ORDER DISMISSING CASE, RETAINING JURISDICTION AND CONTINUING HEARING ON MOTION FOR SANCTIONS**<br><br>Date: January 5, 2010<br>Time: 10:00 a.m.<br>Place: Courtroom 302 |

The hearing on the Motion to Dismiss Chapter 11 Case and Motion for Sanctions filed by Thomas Creed, Shari Creed, and Stephen Foreht (the "Moving Parties") was held on January 5, 2010 at 10:00 a.m. before the Honorable Geraldine Mund, United States Bankruptcy Judge in the above-reference Court. Appearances were noted on the record. After reviewing the Motions and Opposition thereto, considering the record in this case and the arguments made in Court, and good cause appearing therefore,

**IT IS ORDERED THAT:**

1. The Motion to Dismiss is granted in its entirety;

2. Chapter 11 Case No. 1:09-bk-26620 is hereby dismissed, effective January 11, 2010;

3. Judgment is entered against Alex Martinez in the amount of quarterly fees owed to the United States Trustee for Case No. 1:09-bk-26620;

4. This Court retains jurisdiction over the issue of sanctions presented in the Motion for Sanctions;

5. A continued hearing on the Motion for Sanctions is scheduled for February 23, 2010 at 10:00 a.m.;

6. Supplemental filings on Motion for Sanctions are due from the Moving Parties by January 8, 2010. Any response to these supplemental filings is due by January 22, 2010.

###

DATED: January 19, 2010

_____
United States Bankruptcy Judge

| 57 MARKET STREET LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-26620 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**506 Santa Monica Blvd., Suite 200, Santa Monica, CA 90401**

The foregoing document described ORDER DISMISSING CASE, RETAINING JURISDICTION AND CONTINUING HEARING ON MOTION FOR SANCTIONS will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On _____ I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On January 6, 2009  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

> Hon. Judge Maureen A. Tighe
> U.S. Bankruptcy Court
> 21041 Burbank Boulevard, Suite 325
> Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 1/6/09 | J'aime Williams | */s/ J'aime Williams* |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*  **F 9013-3.1**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE, RETAINING JURISDICTION AND CONTINUING HEARING ON MOTION FOR SANCTIONS** was entered on the date indicated as Entered on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of January 6, 2009, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Leslie A Cohen  leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- M Jonathan Hayes  jhayes@polarisnet.net
- S Margaux Ross  margaux.ross@usdoj.gov
- United States Trustee (SV)  ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by U.S. Mail to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐
Service information continued on attached pag

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an Entered stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s) and/or email address(es) indicated below:

57 Market Street LLC
15456 Ventura Blvd, Ste 302
Sherman Oaks, CA 91403-3021

M Jonathan Hayes
Law Office of M Jonathan Hayes
9700 Reseda Bl Ste 201
Northridge, CA 91324-5510

United States Trustee (SV)
21051 Warner Center Lane
Suite 115
Woodland Hills, CA 91367-6550

Bay Area Financial Corp.
12400 Wilshire Blvd., Suite 230
Los Angeles, CA 90025-1055

Chase Mortgage
P.O. Box 78148
Phoenix, AZ 85062-8148

Davis & Lara LLP
445 S Figueroa St., Suite 2700
Los Angeles, CA 90071-1620

Ian Mitchell
3609 Seahorn Drive
Malibu, CA 90265-5643

MAM Wealth Management, LLC
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403

We Phix
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**