Dana M. Douglas  (SBN  220053)
Attorney at Law
11024 Balboa Blvd., No. 431
Granada Hills, CA 91344
818-360-8295
danadouglaslaw@aol.com

Attorney for Alex Martinez

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SAN FERNANDO VALLEY DIVISION**

| | |
|---|---|
| In re<br><br>57 MARKET STREET LLC<br>     Debtor and Debtor in Possession | Case No. 1:09-bk-26620-GM<br><br>Chapter 11<br><br>**STIPULATION OF SETTLEMENT; TO WITHDRAW MOTION FOR SANCTIONS AND TAKE MATTER OFF CALENDAR**<br><br>Date: June 22, 2011<br>Time: 2:30 pm<br>Place: Courtroom 303 |

TO THE HONORABLE GERALDINE MUND, UNITED STATES BANKRUPTCY JUDGE, and THE OFFICE OF THE UNITED STATES TRUSTEE:

THE PARTIES, having agreed that Martinez will pay $2500 in the form of cash or cashier's check to be delivered to the office of the Creeds' counsel, Leslie A. Cohen, no later than 10:30 am on Wednesday, June 22, 2011, and such funds having been received, the motion shall be deemed settled and the hearing scheduled for June 22nd taken off calendar.

In accord with the parties' agreement, the approval of the court is requested.

//

//

| | |
|---|---|
| Dated: June 22, 2011 | DANA M. DOUGLAS ATTORNEY AT LAW |

By: /s/ Dana M. Douglas
Dana M. Douglas
Attorney for Alex M. Martinez

LESLIE COHEN LAW, PC

By: _____
Leslie A. Cohen
Attorneys for 57 Market Street, LLC,
Thomas Creed, Shari Creed, and
Stephen Foreht

| 57 MARKET STREET LLC | CHAPTER 11 |
|---|---|
| Debtor(s). | CASE NUMBER 1:09-bk-26620 |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:           **11024 Balboa Blvd., No. 431 – Granada Hills, CA 91344**

The foregoing document described **STIPULATION OF SETTLEMENT, TO WITHDRAW MOTION FOR SANCTIONS AND TAKE MATTER OFF CALENDAR** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 6/22/2011 I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:
- Leslie A Cohen leslie@lesliecohenlaw.com, jaime@lesliecohenlaw.com
- Dana M Douglas dmddouglas@hotmail.com
- M Jonathan Hayes jhayes@polarisnet.net
- S Margaux Ross margaux.ross@usdoj.gov
- United States Trustee (SV) ustpregion16.wh.ecf@usdoj.gov

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On 6/22/2011 I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*
Hon. Geraldine Mund
U.S. Bankruptcy Court
21041 Burbank Boulevard, Suite 342
Woodland Hills, CA 91367

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/22/2011 | DM Douglas | /s/ DM Douglas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

57 Market Street LLC
57 Market Street
Venice, CA  90291

Chase Mortgage
P.O. Box 78148
Phoenix, AZ 85062-8148

Ian Mitchell
3609 Seahorn Drive
Malibu, CA 90265-5643

MAM Wealth Management, LLC
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403

WePhix Management Business Technologies, Inc
15456 Ventura Blvd., Suite 302
Sherman Oaks, CA 91403

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                                **F 9013-3.1**